**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Billy Lee Lisenby, Jr., Appellant.

Appellate Case No. 2011-201487

---

Appeal From Chesterfield County
Howard P. King, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-335
Submitted July 1, 2013 – Filed August 7, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender Dayne C. Phillips, of Columbia; and Billy Lee Lisenby, Jr., pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for Respondent.

---

**PER CURIAM:**  Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.